# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SAMADANI and VARGHA SAMADANI,<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM HEIDER and ENTERPRISE LEASING COMPANY-WEST, LLC,<br><br>Defendants | Case No.: 2:19-cv-00904-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant William Heider's response (ECF No. 8) to the order to show cause,

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied and I will not dismiss for lack of subject matter jurisdiction at this time. However, the removing defendant remains responsible for establishing the court's subject matter jurisdiction.

DATED this 24th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE