# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD SAMADANI,

    Plaintiff(s),

v.

WILLIAM HEIDER, et al.,

    Defendant(s).

Case No.: 2:19-cv-00904-APG-NJK

**Order**

To date, the parties have not filed a discovery plan as required by Local Rule 26-1(a).[1] The parties are hereby **ORDERED** to file, no later than July 19, 2019, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 18, 2019

                                      Nancy J. Koppe
                                      United States Magistrate Judge

---

[1] The parties appear to believe that Judge Gordon's order to show cause stayed their obligation to file a joint discovery plan during its pendency. Docket No. 10. Judge Gordon's order, however, does not impose any such stay. *See* Docket No. 5.

1