# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDWARD SAMADANI,

    Plaintiff(s),

v.

WILLIAM HEIDER, et al.,

    Defendant(s).

Case No.: 2:19-cv-00904-APG-NJK

**ORDER**

Pending before the Court is an untimely interim status report, Docket No. 23, that does not provide the information or certifications required by Local Rule 26-3. Accordingly, the interim status report is **REJECTED** and an interim status report that complies with the local rules must be filed by November 25, 2019.

IT IS SO ORDERED.

Dated: November 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge