JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorneys for Defendant,
*WILLIAM HEIDER*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SAMADANI, formerly known as VARGHA SAMADANI, | CASE NO.: 2:19-cv-00904 |
| Plaintiff, | |
| vs. | **JOINT INTERIM STATUS REPORT** |
| WILLIAM HEIDER, an individual; ENTERPRISE LEASING COMPANY-WEST, LLC d/b/a ALAMO; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff, EDWARD SAMADANI fka VARGHA SAMADANI, by and through his counsel, L. DiPAUL MARRERO II, ESQ. and DAN J. LOVELL, ESQ., and Defendant WILLIAM HEIDER, by and through his counsel, JAMES P.C. SILVESTRI, ESQ., and BRIAN W. GOLDMAN, ESQ., of the law firm PYATT SILVESTRI, hereby submit the following Joint Status Report in compliance with LR II 26-3:

1. The parties estimate the time required for trial will be 5 days;

2. Counsel are available to commence trial on June 29, 2020; July 13, 2020; and September 21, 2020;

3. The length of trial may be affected by substantive motions.

4. The parties hereby certify that they have considered trial by a magistrate judge under 28 U.S.C. 636(c) and Fed. R. Civ. P 73, use of the Short Trial Program, and the use of alternative dispute resolution processes and early neutral evaluation.

DATED this 25th day of November, 2019    DATED this 25th day of November, 2019

**PYATT SILVESTRI**                      **VANNAH & VANNAH**

*/s/Brian W. Goldman, Esq.*              */s/L. DiPaul Marrero, II, Esq.*
JAMES P. C. SILVESTRI, ESQ.              L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 3603                      Nevada Bar No. 12441
BRIAN W. GOLDMAN, ESQ.                   ROBERT D. VANNAH, ESQ.
Nevada Bar No. 6317                      Nevada Bar No. 2503
701 Bridger Avenue, Suite 600            400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101                  Las Vegas, Nevada   89101
Attorneys for Defendant,                 Attorneys for Plaintiff,
*WILLIAM HEIDER*                         *EDWARD SAMADANI fka*
                                         *VARGHA SAMADANI*

DATED this 25th day of November, 2019

**EMPIRE LAW GROUP**

*/s/Dan J. Lovell, Esq.*
DAN J. LOVELL, ESQ.
Nevada Bar No. 9618
1212 South Casino Center Blvd.
Las Vegas, Nevada   89104
Co-Counsel for Plaintiff,
EDWARD SAMADANI fka VARGHA SAMADANI