JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
BRIAN W. GOLDMAN, ESQ.
Nevada Bar No. 6317
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
bgoldman@pyattsilvestri.com

Attorneys for Defendant,
*WILLIAM HEIDER*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD SAMADANI, formerly known as VARGHA SAMADANI,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HEIDER, an individual; ENTERPRISE LEASING COMPANY-WEST, LLC d/b/a ALAMO; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00904-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM** |

IT IS HEREBY STIPULATED by and between Plaintiff EDWARD SAMADANI fka VARGHA SAMADANI, by and through his counsel of record, L. Dipaul Marrero II, Esq., of Vannah and Vannah, and Dan J. Lovell, Esq., of the EMPIRE LAW GROUP, and Defendant, WILLIAM HEIDER by and through his counsel of record, JAMES P. C. SILVESTRI, ESQ., and BRIAN W. GOLDMAN, ESQ., of the law firm of Pyatt Silvestri, that Plaintiff's punitive damages claim as set forth in the Prayer for Relief in Plaintiff's Complaint and all allegations related to Plaintiff's punitive damages (as set forth in paragraphs 10, 12, 17, 23, 26, and 31 of Plaintiff's Complaint) are dismissed, with prejudice, from the above-entitled action.

. . .

| DATED this 7th day of January, 2020 | DATED this 7th day of January, 2020 |
|---|---|
| **PYATT SILVESTRI** | **VANNAH & VANNAH** |
| /s/Brian W. Goldman, Esq. | /s/L. DiPaul Marrero, II, Esq. |
| JAMES P. C. SILVESTRI, ESQ. | L. DIPAUL MARRERO II, ESQ. |
| Nevada Bar No. 3603 | Nevada Bar No. 12441 |
| BRIAN W. GOLDMAN, ESQ. | ROBERT D. VANNAH, ESQ. |
| Nevada Bar No. 6317 | Nevada Bar No. 2503 |
| 701 Bridger Avenue, Suite 600 | 400 South Seventh Street, Suite 400 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorneys for Defendant, | Attorneys for Plaintiff, |
| *WILLIAM HEIDER* | *EDWARD SAMADANI fka VARGHA SAMADANI* |

DATED this 7th day of January, 2020

**EMPIRE LAW GROUP**

/s/Dan J. Lovell, Esq.
DAN J. LOVELL, ESQ.
Nevada Bar No. 9618
1212 South Casino Center Blvd.
Las Vegas, Nevada 89104
Co-Counsel for Plaintiff,
*EDWARD SAMADANI fka VARGHA SAMADANI*

## ORDER

IT IS SO ORDERED that Plaintiff's punitive damages claim as set forth in the Prayer for Relief in Plaintiff's Complaint and all allegations related to Plaintiff's punitive damages (as set forth in paragraphs 10, 12, 17, 23, 26, and 31 of Plaintiff's Complaint) are dismissed, with prejudice, from the above-entitled action.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: January 9, 2020.