1   JAMES P. C. SILVESTRI, ESQ.
    Nevada Bar No. 3603
2   BRIAN W. GOLDMAN, ESQ.
    Nevada Bar No. 6317
3   PYATT SILVESTRI
    701 Bridger Ave., Suite 600
4   Las Vegas, NV 89101
    Tel: (702) 383-6000
5   Fax: (702) 477-0088
    jsilvestri@pyattsilvestri.com
6   bgoldman@pyattsilvestri.com

7   Attorneys for Defendant,
    *WILLIAM HEIDER*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| EDWARD SAMADANI, formerly known as VARGHA SAMADANI, | CASE NO.:    2:19-cv-00904-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |
| WILLIAM HEIDER, an individual; ENTERPRISE LEASING COMPANY-WEST, LLC d/b/a ALAMO; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

18

19      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EDWARD

20  SAMADANI fka VARGHA SAMADANI, by and through his counsel of record, L. Dipaul

21  Marrero II, Esq., of Vannah and Vannah, and Dan J. Lovell, Esq., of the EMPIRE LAW

22  GROUP, and Defendant, WILLIAM HEIDER by and through his counsel of record, JAMES P.

23  C. SILVESTRI, ESQ., and BRIAN W. GOLDMAN, ESQ., of the law firm of Pyatt Silvestri, that

24  that the above-referenced action shall be dismissed with prejudice, each party to bear their own

25  / / /

26  / / /

27  / / /

28

attorneys' fees and costs.

DATED this 13 day of ~~January~~ Feb, 2020       DATED this 11 day of ~~January~~ Feb, 2020

**PYATT SILVESTRI**                               **VANNAH & VANNAH**

_____               _____
JAMES P. C. SILVESTRI, ESQ.                     L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 3603                             Nevada Bar No. 12441
BRIAN W. GOLDMAN, ESQ.                          ROBERT D. VANNAH, ESQ.
Nevada Bar No. 6317                             Nevada Bar No. 2503
701 Bridger Avenue, Suite 600                   400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101                         Las Vegas, Nevada  89101
Attorneys for Defendant,                        Attorneys for Plaintiff,
*WILLIAM HEIDER*                                *EDWARD SAMADANI fka*
                                                *VARGHA SAMADANI*

DATED this _____ day of January, 2020

**EMPIRE LAW GROUP**

/s/Dan J. Lovell
_____
DAN J. LOVELL, ESQ.
Nevada Bar No. 9618
1212 South Casino Center Blvd.
Las Vegas, Nevada  89104
Co-Counsel for Plaintiff,
EDWARD SAMADANI fka VARGHA SAMADANI

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2020.